Nashville TN 37219
(866) 583-5275

☎ By Phone: (866) 583-5275, or IVR at (615) 647-9129

✉ By Mail: Detach lower portion and return with payment

| Consumer Number: | 42564791 |
|---|---|
| Zip Code: | 33952 |
| Total Balance: | $5,058.00 |

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

November 13, 2018

Dear DAVID GREENWALD,

You have failed to reply to our previous communication regarding your bill. You may pay by telephone, mail or go online to pay the total balance due. It is your responsibility to pay the total balance due above.

Call us at (866) 583-5275

YOU OWE:

| Creditor | Amount Owed |
|---|---|
| CORAL ANESTHESIA ASSOCIATES | 1,642.00 |
| CORAL ANESTHESIA ASSOCIATES | 3,416.00 |

Please see the back for further important information.

**NOTICE**

When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited on the same day we receive the check and it will not be returned with your checking account statement. If someone other than you or a bill paying service pays your bill, you must give a copy of this notice to them before the payment is sent to us. Any check returned for insufficient funds or account closed will be assessed a processing fee pursuant to state laws unless otherwise prohibited by state or federal law.

---

29TTFROS14BLET31_123293374

TTFROS14
PO Box 1280
Oaks PA  19456-1280
ADDRESS SERVICE REQUESTED

Total owed:      $5,058.00
Consumer Number: 42564791
Please Include above consumer number on your check or money order.

Payment Amount: $_____

November 13, 2018

DAVID GREENWALD
326 AYLESBURY LN NE
PORT CHARLOTTE FL 33952-8105

The below address is for payment and correspondence only.

FROST-ARNETT COMPANY
PO Box 198988
Nashville  TN  37219-8988