UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-CV-62751-RKA

DAVID GREENWALD,

      **Plaintiff**

  v.

FROST-ARNETT COMPANY, and
CORAL ANESTHESIA ASSOCIATES,
INC.,

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

Kindly enter the appearance of Erika M. Smith, Esquire on behalf of Defendant Frost-Arnett Company.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By:    /s/ *Erika M. Smith*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
ERIKA M. SMITH, ESQUIRE
FL BAR No. 0127438
12276 San Jose Blvd
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
esmith@messerstrickler.com
*Counsel for Defendant Frost-Arnett Company*

Dated: December 5, 2019

1

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2019, a true copy of the foregoing document was served as follows:

*Via CM/ECF*
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Ft. Lauderdale, Florida 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
(954) 907-1136
(855) 529-9540 (fax)
*Counsel for Plaintiff*

*Via CM/ECF*
Joel A. Brown, Esq.
Friedman & Brown, LLC
3323 NW 55th Street
Ft. Lauderdale, Florida 33309
Joel.brown@friedmanandbrown.com
(954) 966-0111
*Counsel for Plaintiff*

*Via CM/ECF*
Paul A. Herman, Esq.
Consumer Advocates Law Group, PLLC
4801 Linton Blvd., Suite 11A-560
Delray Beach, Florida 33445
paul@consumeradvocatelaw.com
(561) 236-8851
(561) 431-2352 (fax)
*Counsel for Plaintiff*

**MESSER STRICKLER, LTD.**

By: /s/ Erika M. Smith
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
ERIKA M. SMITH, ESQUIRE
FL BAR No. 0127438
12276 San Jose Blvd
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
esmith@messerstrickler.com
*Counsel for Defendant Frost-Arnett Company*

Dated: December 5, 2019