UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62751-CIV-ALTMAN/Hunt

**DAVID GREENWALD**,

    Plaintiff,

v.

**FROST-ARNETT COMPANY** and
**CORAL ANESTHESIA ASSOCIATES, INC.**,

    Defendants.

_____/

# ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Notice of Settlement ("Notice") [ECF No. 8], filed on December 4, 2019. The Plaintiff represents to the Court that he has reached a settlement with respect to Defendant Coral Anesthesia Associates, Inc. *See id.* The Notice does not indicate whether the Plaintiff has resolved his claims against the remaining Defendant, Frost-Arnett Company. The Court, having reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Plaintiff and Defendant Coral Anesthesia Associates, Inc. shall file a stipulation of dismissal within **thirty (30) days** of this Order.

2. The Court's December 3, 2019 Order [ECF No. 7] striking Defendant Frost-Arnett Company's Answer is **SET ASIDE**.

3. Given that the Plaintiff apparently intends to litigate this case against the remaining Defendant, the parties are hereby directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **December 23, 2019**. In addition, by **December 23, 2019**, the parties, including governmental parties, must file certificates of interested

parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of December 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record