UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62751-CIV-ALTMAN/Hunt

**DAVID GREENWALD**,

    Plaintiff,

v.

**FROST-ARNETT COMPANY** *and*
**CORAL ANESTHESIA ASSOCIATES, INC.**,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon the Motion for Leave to File Separate Responses and Motions [ECF No. 11], filed by the Defendant, Frost-Arnett Company ("FAC"). Given that the Plaintiff has resolved his claims, by settlement, against FAC's only co-Defendant, Coral Anesthesia Associates, Inc., he has no further need to file separate responses or motions in this case. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. FAC's Motion for Leave to File Separate Responses and Motions [ECF No. 11] is **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of December 2019.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record