# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 0:19-CV-62751-RKA

DAVID GREENWALD,

         **Plaintiff**

    v.

FROST-ARNETT COMPANY, and
CORAL ANESTHESIA ASSOCIATES,
INC.,

         **Defendants.**

_____/

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Defendant Frost-Arnett Company ("FAC") hereby serves an offer to allow judgment to be taken against it and in favor of Plaintiff, David Greenwald, as follows:

1.     FAC makes this Offer of Judgment as to all claims against it as set forth in Plaintiff's Complaint.

2.     This Offer is being made to Plaintiff only.

3.     Judgment shall be entered against FAC in the total amount of **TWO THOUSAND AND ONE DOLLARS** ($2,001.00), as follows: **ONE THOUSAND DOLLARS** ($1,000.00) for statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; **ONE THOUSAND DOLLARS** ($1,000.00) for statutory damages under the Florida Consumer Collection Practices Act, § 559.72, Florida Statutes; and **ONE DOLLAR** ($1.00) for any and all other claims, causes of action, and damages asserted against FAC.

4.     In addition, the Judgment entered against FAC shall include an amount for Plaintiff's reasonable attorney's fees and costs incurred in connection with Plaintiff's prosecution of the claims alleged against FAC, in an amount to be agreed upon by counsel or, alternatively, as determined by the Court.

5.     This Offer is made solely for the purposes specified in Fed. R. Civ. P. 68 and is not an admission of liability by FAC.

6.     In accordance with Rule 68, if this Offer is not accepted by Plaintiff within fourteen (14) days after service of this Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs.  If this Offer is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, Plaintiff must pay all costs and attorney's fees incurred after service of this Offer, as well as FAC's costs as allowed by the rules of this District.

Accepted:   *David W Greenwald* _____

Date:   01/02/2020 _____

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By:     */s/ Erika M. Smith*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
ERIKA M. SMITH, ESQUIRE
FL BAR No. 0127438
12276 San Jose Blvd
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
esmith@messerstrickler.com
*Counsel for Defendant Frost-Arnett Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Thomas J. Patti _____.
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

2