UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62751-CIV-ALTMAN/Hunt

**DAVID GREENWALD**,

    Plaintiff,

v.

**FROST-ARNETT COMPANY** and
**CORAL ANESTHESIA ASSOCIATES, INC.**,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Notice of Acceptance [ECF No. 20], filed on January 2, 2020, through which the Plaintiff has accepted the Rule 68 Offer of Judgment that the Defendant, Frost-Arnett Company, extended. The Plaintiff previously filed a Notice of Voluntary Dismissal [ECF No. 19] with respect to the only other Defendant in this action, Coral Anesthesia Associates, Inc. Therefore, the Court, being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Clerk of Court shall **CLOSE** this case.

2. The parties shall file a stipulation of dismissal within **thirty (30) days** of this Order.

3. Any pending motions are **DENIED AS MOOT**, any pending hearings are **CANCELLED**, and all pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of January 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record