UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-62751

DAVID GREENWALD,

    Plaintiff,

v.

FROST-ARNETT COMPANY, and
CORAL ANESTHESIA ASSOCIATES, INC.,

    Defendants.
_____/

## VERIFIED MOTION FOR AWARD OF ATTORNEYS' FEES

Plaintiff DAVID GREENWALD ("Plaintiff"), pursuant to Fed. R. Civ. P. 54(d) and S.D. Fla. L.R. 7.3, files this Motion for an award of reasonable attorneys' fees incurred by Plaintiff in this matter, and in support thereof, states the following:

1. On November 5, 2019, Plaintiff commenced the above-captioned action against Defendant Frost-Arnett Company and Defendant Coral Anesthesia Associates, Inc. (collectively, the "Defendants") for violations of the Fair Debt Collection Practices Act (the "FDCPA") and Florida Consumer Collection Practices Act (the "FCCPA"). On January 2, 2020, Defendant Coral Anesthesia Associates, Inc., was dismissed from the above-captioned action [D.E. 19], and Plaintiff accepted Defendant Frost-Arnett Company's Offer of Judgment [D.E. 20]. As part of the Offer of Judgment, Plaintiff received the maximum amount of statutory damages recoverable from Defendant Frost-Arnett Company, as well as reasonable attorneys' fees and costs.

2. Accordingly, Plaintiff is the prevailing party in this Action, whereby a Memorandum of Law in Support of Plaintiff's Verified Motion for Award of Attorneys' Fees is attached hereto as Exhibit "A."

3. Pursuant to 15 U.S.C. § 1692k(3), in the case of a successful action to enforce liability under the FDCPA, a plaintiff is entitled to "the costs of the action, together with a reasonable attorney's fee as determined by the court." This is true for a successful action to enforce liability under the FCCPA, in that, pursuant to Fla. Stat. § 559.77, "[a]ny person who fails to comply with any provision of § 559.72 is liable for actual damages and for additional statutory damages as the court may allow, but not exceeding $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff." Fla. Stat. § 559.77(2).

4. Attorney **Thomas J. Patti, Esq**. ("Attorney Patti") expended a total **7.8 hours** on behalf of Plaintiff. *See* Declaration of Thomas J. Patti in Support of Plaintiff's Motion for Award Attorneys' Fees (attached hereto as Exhibit "B"). The hourly rate for the services provided by **Attorney Patti is $475.00 per hour**. Id.

5. Attorney **Paul A. Herman, Esq**. ("Attorney Herman") expended a total **5.1 hours** on behalf of Plaintiff. *See* Declaration of Paul A. Herman in Support of Plaintiff's Motion for Award Attorneys' Fees (attached hereto as Exhibit "C"). The hourly rate for the services provided by **Attorney Herman is $575.00 per hour**. Id.

6. Here, reasonable attorney's fee equals the sum of the services provided by Attorney Patti (*7.8 hours at $475.00/hour*) *plus* the services of Attorney Herman (*5.1 hours at $575.00/hour*), the sum of which equals $**6,637.50**.

7. A true and correct detailed invoice depicting the hours expended and attorneys' fees generated by Plaintiff's Attorneys' is attached to Exhibit "D" (the "Joint Timecard").

8. Pursuant to S.D. Fla. L.R. 7.3(a)(4), Plaintiff discloses that the terms of his agreement with the undersigned counsel is for the payment of reasonable attorney's fees and costs

as determined by the Court. Plaintiff seeks interest pursuant to 28 U.S.C. § 1961 on any award of costs or reasonable attorney's fees.

9. **WHEREFORE**, Plaintiff, respectfully, request this Honorable Court to approve as fair, reasonable, and adequate, this request for attorneys' fees in the amount of **$6,637.50**.

Dated: December 14, 2020

Respectfully Submitted,

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136

*COUNSEL FOR PLAINTIFF*

## VERIFICATION OF COUNSEL

In accordance with Local Rule 7.3(a)(7) for the Southern District of Florida, I verify under penalty of perjury that the foregoing is true and correct.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

/s/ Paul A. Herman
**PAUL A. HERMAN, ESQ.**
Florida Bar No.: 405175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377