UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-62751

DAVID GREENWALD,

     Plaintiff,

v.

FROST-ARNETT COMPANY, and
CORAL ANESTHESIA ASSOCIATES, INC.,

     Defendants.

_____/

**DECLARATION OF ATTORNEY THOMAS J. PATTI IN SUPPORT OF PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEYS' FEES**

In support of Plaintiff's Verified Motion for Award of Attorneys' Fees, I, Thomas J. Patti, Esq., make the following statement:

1.     My name is Thomas J. Patti. I am a member in good standing of the Bars of the following Courts:

     a.     Supreme Court of Florida
            Tallahassee, Florida
            Admitted September 21, 2015

     b.     United States District Court for the Southern District of Florida
            Miami, Florida
            Admitted December 02, 2015

     c.     United States District Court for the Middle District of Florida
            Tampa, Florida
            Admitted March 14, 2016

2.     As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Marketing and Management on May 23, 2011. I graduated law school *magna cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3.      Since September of 2015, I have practiced predominantly in the Southern District of Florida, wherein I predominantly litigated consumer protection cases on behalf of plaintiffs. In so doing, I have operated as the lead counsel in over 500 of individual consumer protection cases in the Southern District of Florida, as well as served as co-counsel in class actions certified in this District.

4.      I am an active member of the National Association of Consumer Advocates.

5.      I am Plaintiff's counsel in this action.

6.      I have expended a total of 7.8 hours in this matter. My contemporaneously kept time records reflecting my services (the "Joint Timecard") is attached to Plaintiff's Verified Motion for Award of Attorneys' Fees as Exhibit "D."

7.      The reasonable hourly rate for my services is $475.00 per hour.

8.      The lodestar calculation of attorney's fees for my time expended is $3,705.00 (7.8 hours multiplied by $475/hour).

9.      These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Thomas J. Patti, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed, in Fort Lauderdale, Florida.

/s/ Thomas J. Patti                                   .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136