# JOINT TIMECARD
(*Exhibit "D"*)

**Greenwald, David v. Frost-Arnett Company**                              Case 0:19-CV-62751

**SUMMARY**:

[TP] – Attorney Thomas J. Patti:   7.8 hours @ $475/hour = $3,705.00
[PH] – Attorney Paul A. Herman:   5.1 hours @ $575/hour = $2,932.5

| ATTY | DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| TP | 10/29/2019 | REVIEW OF EACH LETTER RECEIVED BY CLIENT THAT DEMANDS PAYMENT FOR MEDICAL SERVICES RENDERED TO PLAINTIFF. | 0.2 | $95.00 |
| TP | 10/29/2019 | REVIEW OF PETITION(S) FOR BENEFITS, AND RESPONSE THERETO, FILED IN CLIENT'S WORKER-COMPENSATION CASE. | **0.3** | $142.50 |
| TP | 10/29/2019 | REVIEW OF CLIENT'S MEDICAL RECORDS FOR NOTATION AND/OR INFORMATION REGARDING THE NATURE OF THE INJURY, THE TREATMENT PROVIDED, AND WHETHER THE MEDICAL PROVIDER KNEW THAT CLIENT WAS SEEKING TREATMENT OF A WORK-PLACE INJURY | **1.2** | $570.00 |
| TP | 10/29/2019 | PROVIDE CONFORMATION OF THE EXISTENCE OF A FDCPA AND FCCPA CASE AGAINST FROST-ARNETT COMPANY AND CORAL ANESTHESIA ASSOCIATES | **0.1** | $47.50 |
| TP | 11/1/2019 | REVIEW OF PUBLIC RECORDS MAINTAINED BY THE FLORIDA DEPARTMENT OF STATE TO DETERMINE WHETHER DEFENDANT FROST-ARNETT COMPANY WAS LAWFULLY LICENSED AS A CONSUMER COLLECTION AGENCY. | 0.2 | $95.00 |
| TP | 11/1/2019 | SURVEY OF LAWSUITS FILED AGAINST FROST-ARNETT COMPANY TO DETERMINE EXISTENCE OF PATTERN AND PRACTICE. | **0.1** | $47.50 |
| TP | 11/1/2019 | PREPARE AND PROVIDE DRAFT OF LAWSUIT AGAINST FROST-ARNETT COMPANY AND CORAL ANESTHESIA ASSOCIATES TO JH FOR REVIEW | **1.5** | $712.50 |
| TP | 11/1/2019 | REVIEW, EDIT, AND APPROVE DRAFTED LAWSUIT FOR FILING | **0.3** | $142.50 |
| TP | 11/7/2019 | REVIEW OF ORDER OF CASE MANAGEMENT | **0.1** | $47.50 |
| TP | 12/3/2019 | REVIEW OF ANSWER FILED BY DEFENDANT FROST-ARNETT | **0.1** | $47.50 |

# JOINT TIMECARD
(*Exhibit "D"*)

**Greenwald, David v. Frost-Arnett Company**                         Case 0:19-CV-62751

| ATTY | DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| TP | 12/3/2019 | REVIEW OF CERTIFICATE / CORPORATE DISCLOSURES OF FROST-ARNETT | **0.1** | $47.50 |
| TP | 12/3/2019 | REVIEW OF PAPERLESS ORDER STRIKING FROST-ARNETT'S ANSWER | **0.1** | $47.50 |
| TP | 12/3/2019 | DRAFTING PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES | **0.1** | $47.50 |
| TP | 12/4/2019 | SETTLEMENT DISCUSSIONS WITH CO-DEFENDANT CORAL ANESTHESIA ASSOCIATES, INC. | **0.1** | $47.50 |
| TP | 12/4/2019 | DRAFTING OF NOTICE OF SETTLEMENT W/ CO-DEFENDANT CORAL ANESTHESIA ASSOCIATES, INC. | **0.1** | $47.50 |
| TP | 12/5/2019 | REVIEW OF AFFIDAVIT OF SERVICE WITH RESPECT TO FROST-ARNETT | **0.1** | $47.50 |
| TP | 12/5/2019 | REVIEW OF NOTICE OF APPEARANCE FILED FOR FROST-ARNETT | **0.1** | $47.50 |
| TP | 12/6/2019 | REVIEW OF ORDER SETTING ASIDE D.E. 7. | **0.1** | $47.50 |
| TP | 12/6/2019 | REVIEW OF CLERK NOTICE REGARDING D.E. 10 | **0.1** | $47.50 |
| TP | 12/11/2019 | REVIEW OF ORDER DENYING D.E. 11 AS MOOT | **0.1** | $47.50 |
| TP | 12/20/2020 | SETTLEMENT COMMUNICATION WITH FROST-ARNETT | **0.3** | $142.50 |
| TP | 12/21/2020 | REVIEW OF OFFER OF JUDGMENT FROM FROST-ARNETT AND CONFERRAL WITH CLIENT AND CO-COUNSEL | **0.2** | $95.00 |
| TP | 12/30/2019 | REVIEW OF ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES | **0.1** | $47.50 |
| TP | 12/30/2019 | NOTICE TO COUNSEL FOR FROST-ARNETT REGARDING DEADLINE TO MEET AND CONFER, INITIAL DISCLOSURES. | **0.2** | $95.00 |
| TP | 12/30/2019 | DRAFTING OF JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER | **0.2** | $95.00 |
| TP | 12/30/2019 | DRAFTING PLAINTIFF'S INITIAL DISCLOSURES | **0.2** | $95.00 |

# **JOINT TIMECARD**
(*Exhibit "D"*)

**Greenwald, David v. Frost-Arnett Company**               Case 0:19-CV-62751

| ATTY | DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| TP | 12/30/2019 | CORRESPONDENCE WITH COUNSEL FOR FROST-ARNETT REGARDING PROPOSED JSR/PSO | **0.1** | $47.50 |
| TP | 12/30/2019 | SETTLEMENT COMMUNICATION WITH FROST-ARNETT | **0.2** | $95.00 |
| TP | 1/2/2020 | DRAFTING DISMISSAL OF DEFENDANT CORAL ANESTHESIA ASSOCIATE | **0.1** | $47.50 |
| TP | 1/2/2020 | DRAFTING ACCEPTANCE OF OFFER OF JUDGMENT | **0.1** | $47.50 |
| TP | 11/20/2020 | DRAFTING MOTION FOR ATTORNEYS FEES | **0.8** | $380.00 |
| TP | 11/20/2020 | DRAFTING DECLARATION REGARDING ATTORNEYS FEES | **0.2** | $95.00 |
| **PH** | 3/12/2019 | RECEIPT OF EMAIL FROM CLAIMANTS COUNSEL WITH ATTACHMENTS AND LETTER FROM FROST ARNETT. | 0.1 | $57.50 |
| **PH** | 3/20/2019 | RECEIPT AND REVIEW OF COMMUNICATION AND FOLLOW UP WITH ATTORNEY TRISHA OLSON ZACHARY, FEDERAL COMPLIANCE COUNSELOR FOR FROST ARNETT COMPANY. | 0.2 | $115.00 |
| **PH** | 3/20/2019 | EMAIL TO ZACHARY WITH ATTACHMENTS AND FOLLOW UP WITH COMMUNICATION WITH SKIP KOHLMEYER ON STATUS OF CASE. | 0.2 | $115.00 |
| **PH** | 3/21/2019 | VARIOUS EMAILS BACK-AND-FORTH WITH TRISHA OLSON ZACHARY ON STATUS OF APPROPRIATE STATUTES DOCUMENTS AND CASES RELATED TO CASE. 102419 .2 - EMAIL CONVERSATION WITH CLAIMANTS COUNSEL ON STATUS OF CASE AND PREPARATION FOR FILING SUIT. | 0.3 | $172.50 |
| **PH** | 10/25/2019 | NUMEROUS EMAILS WITH CLAIMANT AND CLAIMANT ATTORNEY ON VARIOUS BILLS AND COMMUNICATION WITH FROST ARNETT AS DEBT COLLECTOR ON MATTER. | 0.3 | $172.50 |
| **PH** | 10/25/2019 | FOLLOW UP WITH ATTORNEY SKIP KOHLMEYER AND DISCUSSION WITH CLIENT REGARDING MENTAL STATUS AND ACTIONS OF DEBT COLLECTOR RELATED TO THREATS OF CREDIT REPORTING AND IMPACT ON WORKERS COMP CASE. | 0.2 | $115.00 |

# JOINT TIMECARD
(*Exhibit "D"*)

**Greenwald, David v. Frost-Arnett Company**                     Case 0:19-CV-62751

| ATTY | DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| **PH** | 11/15/2019 | NUMEROUS EMAILS WITH DESERAE GORDON, ON BEHALF OF CORAL ANESTHESIA ASSOCIATES, ORIGINAL CREDITOR FOR STATUS OF CASE AND POSSIBLE SETTLEMENT GLOBALLY INCLUDING FROST ARNETT. | 0.2 | $115.00 |
| **PH** | 11/16/2019 | EMAILS WITH DESERAE GORDON ON DISCUSSION OF SETTLEMENT OPTIONS AND STATUS OF CASE. | 0.3 | $172.50 |
| **PH** | 11/18/2019 | NUMEROUS EMAILS AND CONVERSATIONS WITH DESERAE GORDON AND SKIP KOHLMEYER ON STATUS OF FILING SUIT AGAINST FROST ARNETT AND POSSIBLE SETTLEMENT AND RESOLUTION. | 0.4 | $230.00 |
| **PH** | 11/20/2019 | FOLLOW UP COMMUNICATION AND DISCUSSION WITH MICHELLE ROCHE AT TRAVELERS ON OBTAINING ADDITIONAL DOCUMENTATION FOR DATES OF SERVICE. COMMUNICATION WITH DESERAE GORDON ON DISCUSSION OF SETTLEMENT OFFER. | 0.3 | $172.50 |
| **PH** | 11/21/2019 | FOLLOW UP WITH CLIENT AND CLAIMANT ATTORNEY ON INFORMATION IN DATE OF SERVICE RECORDS AND UPDATE ON SETTLEMENT DISCUSSIONS. | 0.2 | $115.00 |
| **PH** | 11/29/2019 | CONTINUED SETTLEMENT DISCUSSIONS WITH DESERAE GORDON AND INFORMATION TO CLIENT REGARDING SAME. | 0.2 | $115.00 |
| **PH** | 12/2/2019 | NUMEROUS EMAILS WITH CO-COUNSEL AND DESERAE GORDON ON STATUS OF FILED SUIT AND SETTLEMENT OPTIONS INCLUDING FROST ARNETT. | 0.4 | $230.00 |
| **PH** | 12/3/2019 | EMAIL WITH ATTORNEY FOR FROST ARNETT ON STATUS OF CASE AND ORDER STRIKING AFFIRMATIVE DEFENSES. | 0.1 | $57.50 |
| **PH** | 12/5/2019 | NUMEROUS EMAILS WITH CO-COUNSEL, ATTORNEY FOR FROST ARNETT, ERICA SMITH, AND REPRESENTATIVE FOR ORIGINAL CREDITOR ON STATUS OF LITIGATION AND POSSIBLE RESOLUTION. | 0.3 | $172.50 |
| **PH** | 12/6/2019 | EMAILS TO CLIENT REGARDING STATUS OF LITIGATION AND NEED FOR AVAILABILITY FOR DISCOVERY PURPOSES. | 0.2 | $115.00 |

# JOINT TIMECARD
(*Exhibit "D"*)

**Greenwald, David v. Frost-Arnett Company**               Case 0:19-CV-62751

| ATTY | DATE | DESCRIPTION | TIME | AMOUNT |
|------|------|-------------|------|--------|
| **PH** | 12/9/2019 | FOLLOW UP WITH DESERAE GORDON ON RESOLUTION OF CASE AND PROPOSAL FOR SETTLEMENT WITH ORIGINAL CREDITOR INDEPENDENT OF FROST ARNETT. | 0.2 | $115.00 |
| **PH** | 12/9/2019 | EMAILS AND FOLLOW UP REVIEW OF SETTLEMENT DOCUMENTS WITH ORIGINAL CREDITOR AND IMPACT ON FROST ARNETT LEAVING THEM OUT AS PARTY TO SETTLEMENT. | 0.3 | $172.50 |
| **PH** | 12/18/2019 | EMAIL WITH ERICA SMITH ON STATUS OF ONGOING CASE AND DISCUSSION OF OFFER OF JUDGMENT. | 0.1 | $57.50 |
| **PH** | 12/27/2019 | FOLLOW UP WITH CLIENT AND CLAIMANT COUNSEL ON STATUS OF SUIT WITH FROST ARNETT AN UPDATE ON OFFER OF JUDGMENT. | 0.2 | $115.00 |
| **PH** | 1/2/2020 | NUMEROUS EMAILS ON OFFER OF JUDGMENT REQUESTING CLIENT SIGNATURE ON SETTLEMENT DOCUMENTS AND UPDATE WITH OPPOSING COUNSEL ON POSSIBLE RESOLUTION OF ATTORNEY'S FEES. | 0.3 | $172.50 |