UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-62751-RKA

DAVID GREENWALD,

    Plaintiff

v.

FROST-ARNETT COMPANY, and
CORAL ANESTHESIA ASSOCIATES,
INC.,

    Defendants.

### AFFIDAVIT OF HOURLY RATES PURSUANT TO LOCAL RULE 7.3(a)

I, Lauren M. Burnette, pursuant to 28 U.S.C. § 1746, hereby declare and state that the following is true to the best of my personal knowledge, information and belief:

1. I am of legal age, sound mind, and make this Affidavit of my own free will.

2. I am a Partner at the law firm of Messer Strickler, Ltd. and am managing attorney of the Jacksonville, Florida office.

3. Messer Strickler, Ltd. served as counsel of record for Defendant Frost-Arnett Company in the above-captioned case.

4. In my capacity as a Partner and managing attorney, and as lead defense counsel in this case, I am familiar with and have personal knowledge of the hourly rates Messer Strickler, Ltd. charged defendant Frost-Arnett Company in the defense of this action.

5. The hourly rates charged to defendant Frost-Arnette Company in the defense of this action are: $400.00 per hour for Lauren M. Burnette, Esq.; $305.00 per hour for John M. Marees, II, Esq. and David Frakt, Esq.; and $225.00 per hour for Erika M. Smith, Esq.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of Dec., 2020

_____
Lauren M. Burnette